UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA,**

v.   Case No.: 8:21-MJ-1396-AEP

**JAMEL MULDREW**
_____ /

**NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL**

The Office of the Federal Public Defender has been appointed by the Court to represent the Defendant, **JAMEL MULDREW,** in the above-styled cause. The Clerk is requested to enter the appearance of **JESSICA CASCIOLA**, Assistant Federal Defender, as counsel for the Defendant. The Clerk is requested to withdraw the name of **ADRIAN BURDEN**, Assistant Federal Defender, as notice counsel for the Defendant.

DATED this 30th day of April, 2021.

Respectfully submitted,

JAMES T. SKUTHAN
ACTING FEDERAL DEFENDER

*/s/ Jessica Casciola*
Jessica Casciola
Assistant Federal Defender
Florida Bar No. 40829
400 North Tampa Street, Suite 2700
Tampa, FL. 33602
Telephone: 813-228-2715
Fax: 813-228-2562
Email: Jessica_Casciola@fd.org

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of April 2021, a true and correct copy of the foregoing was furnished by CM/ECF to with the Clerk of the Court, which will send notice of the electronic filing to the following:

AUSA Ilyssa Spergel.

*/s/ Jessica Casciola*
Jessica Casciola
Assistant Federal Defender