AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>JAMEL MULDREW<br><br>_____<br>Defendant | )<br>)<br>)  Case No.  8:21-mj-1396 AEP<br>)<br>)<br>)<br>) |

RECEIVED U.S. MARSHAL 2021 APR 23 PM 2:44 MIDDLE DIST. OF FLORIDA TAMPA

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_    JAMEL MULDREW
_____ ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☒ Complaint
☐ Probation Violation Petition       ~~☐ Supervised Release Violation Petition~~       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:

Sex trafficking of a minor, in violation of 18 U.S.C. § 1591(a), interstate transportation of a person to engage in prostitution or unlawful sexual activity, in violation of 18 U.S.C. § 2421(a), and enticement of a person to travel interstate for prosecution or unlawful sexual activity, in violation of 18 U.S.C § 2422(a).

Date: 4/20/21
_____
                                                          _____
                                                          Issuing officer's signature

                                                          Anthony Porcelli
City and state: Tampa, Florida                            _____
                                                          Printed name and title

FILED 2021 MAY -3 AM 10:13 CLERK, US DISTRICT COURT MIDDLE DISTRICT FLORIDA TAMPA, FLORIDA

---

### Return

This warrant was received on _(date)_ 4/23/21, and the person was arrested on _(date)_ 4/25/21
at _(city and state)_ TAMPA, FL.

Date: 4/27/21

_____
Arresting officer's signature

BRIAN DAWSY DETECTIVE/TFO
_____
Printed name and title